CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Isabel Rose Masanque, Esq., SBN 292673
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
IsabelM@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**,<br><br>    Plaintiff,<br><br>    v.<br><br>**Seung Won Cha**; and Does 1-10<br><br>    Defendants | Case No.: 2:20-CV-00051-RSWL-MAA<br><br>**Notice of Non-Opposition to the Defense Motion for Summary Judgment on the Basis of Mootness**<br><br>**Date:** April 13, 2021<br>**Time:** 10:00 a.m.<br>**Ctrm:** TBD |

On March 16, 2021, the defense filed a motion for summary judgment claiming that Plaintiff's federal ADA claim is moot and the court has already declined to exercise supplemental jurisdiction over Plaintiff's state law claim.[1] Plaintiff does not oppose Defendant's motion on this basis. In fact, plaintiff filed a Notice of Indication of Mootness on December 21, 2020 stating that: "Defendant has presented evidence that the alleged ADA barriers have been removed at the subject property. Plaintiff must face a 'real and

---

[1] Defense Motion (Docket Entry 24-6), p. 1, lines 23-25.

-1-

-2-

1  immediate threat of repeated injury' to establish standing for injunctive relief. *Chapman*
2  *v. Pier 1 Imports (U.S.) Inc.*, 631 F.3d 939, 946 (9th Cir. 2011). Therefore, the removal of
3  the alleged barriers renders Plaintiff's claim for injunctive relief moot."
4      Therefore, Plaintiff does not oppose a dismissal of the ADA claim on the basis of
5  mootness.

7  Dated: March 23, 2021            CENTER FOR DISABILITY ACCESS

10            By:    */s/Isabel Rose Masanque*
11                Isabel Rose Masanque, Esq.
               Attorneys for Plaintiff